**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| PAUL WILLIAM MANGOLD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIAL PARAMO, Warden, R.J<br>Donovan State Prison,<br><br>　　　　Respondent. | Case No. CV 16-08267-DSF (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　　11/14/16
DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE